CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET



The following constitutes the ruling of the court and has the force and effect therein described.

**Signed November 3, 2025**

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GOTSTUFF, INC., | § | CASE NO. 25-30448-swe |
| | § | Chapter 11 |
| Debtor. | § | |

## ORDER CONFIRMING DEBTOR'S PLAN OF
## REORGANIZATION UNDER SUBCHAPTER V OF CHAPTER 11

CAME ON FOR CONSIDERATION by the Court at the confirmation hearing held on October 22, 2025, the Debtor's Plan of Reorganization Under Subchapter V of Chapter 11 [Docket No. 58] filed by Gotstuff, Inc., Debtor in the above-styled and numbered case. The Plan having been transmitted to all creditors, equity interest holders and parties-in-interest and the Court, after hearing the evidence presented, concludes as follows:

1. At least one Class of impaired creditors has voted to accept the Plan.

2. The Plan complies with the applicable provisions of Title 11, and the Debtor, as the plan proponent, has complied with the applicable provisions of Title 11.

3. The Plan has been proposed in good faith and not by any means forbidden by law.

4. The requisite number of impaired classes of claims or interests voting have voted to accept the Plan.

5. All payments made or promised to be made by the Debtor or any other person for services or for costs and expenses in, or in connection with, the Plan, and incident to the case, have been disclosed to the Court and reasonable or, if to be fixed after Confirmation of the Plan, will be subject to the approval of the Court.

6. The identity, qualifications, and affiliations of the persons who are to serve the Debtor, after Confirmation of the Plan, have been fully disclosed, and the appointment of such persons to such offices, or their continuance therein, is equitable, and consistent with the interests of the creditors and equity security holders and with public policy.

7. The identity of any insider that will be employed or retained by the Debtor and his compensation has been fully disclosed.

8. The Plan does not affect any rate change of any regulatory commission with jurisdiction over the rights of the Debtor.

9. The Plan is not likely to be followed by further need for reorganization.

10. The Plan does not affect any retiree benefits.

11. The Debtor reserves the right to object to the amount and allowance of all claims after Confirmation. All such objections shall be filed within sixty (60) days of the Effective Date, as defined in the Plan.

It is, therefore,

**ORDERED** that the Class 1 Claim: Allowed Secured Claim of Dallas County, shall be treated as follows:

**Class 1 Claim: Allowed Secured Claim of Dallas County.** This Claim for year 2025 ad valorem property taxes in the amount of $9,480.41, assessed on the Debtor's real property and tangible business personal property shall be paid in full on or before January 31, 2026. In the event the 2025 ad valorem property taxes are not paid in full on or before January 31, 2026, statutory penalties and interest shall accrue on such unpaid amounts pursuant to state law. Dallas County shall retain its lien on its collateral until such time as its taxes are paid in full. Dallas County shall not be required to file a request for payment of any taxes as an administrative expense as a requirement for payment of such taxes pursuant to Bankruptcy Code section 503(b)(1)(D).

It is further

**ORDERED, ADJUDGED AND DECREED** that the Debtor shall pay the outstanding fees of the SubChapter V Trustee in the amount of $3,783.69 within ten (10) days of entry of this Order; and it is further

**ORDERED, ADJUDGED AND DECREED** that the Debtor shall act as the disbursing agent under the Plan; and it is further

**ORDERED, ADJUDGED AND DECREED** that there will be no discharge until completion of Plan payments; and it is further

**ORDERED, ADJUDGED AND DECREED** that the Debtor's Plan of Reorganization Under Subchapter V of Chapter 11 [Docket No. 58], as modified herein, is confirmed.

# # # END OF ORDER # # #

<u>Submitted by</u>:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Attorneys for Debtor